Matter of Ross v Village of Fayetteville (2025 NY Slip Op 01557)

Matter of Ross v Village of Fayetteville

2025 NY Slip Op 01557

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, AND KEANE, JJ. (Filed Mar. 14, 2025.) 

MOTION NO. (770/24) CA 23-01234.

[*1]IN THE MATTER OF MARGUERITE A. ROSS, PETITIONER-APPELLANT, 
v
VILLAGE OF FAYETTEVILLE, VILLAGE OF FAYETTEVILLE PLANNING BOARD, FOUBU ENVIRONMENTAL SERVICES, LLC, AND NORTHWOOD REAL ESTATE VENTURES, LLC, RESPONDENTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.